IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN CHERRY,        )<br>                      )<br>        Plaintiff,    )<br>                      )<br>         v.           )<br>                      )<br>PRO-SOLUTIONS FOR     )<br>CHIROPRACTIC, INC.   )<br>                      )<br>        Defendant.    ) | Civil Action No. 07-1692<br><br>Judge Terrence F. McVerry<br>Magistrate Judge Lisa Pupo Lenihan<br><br>Doc. No. 14 |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on December 11, 2007, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 30), filed on August 17, 2009, recommended that the Defendant's Motion for Summary Judgment (Doc. No. 14) be granted. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. Plaintiff filed his objections to the Report and Recommendation on September 3, 2009.

After review of the pleadings, briefs, and other documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

**AND NOW**, this 22nd day of September, 2009,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**.  Judgment is entered in favor of Defendant Pro-Solutions for Chiropractic, Inc.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 30) of Magistrate Judge Lenihan, dated August 17, 2009, is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk shall mark this case as closed.

s/ Terrence F. McVerry
United States District Judge

cc:   Lisa Pupo Lenihan
      U.S. Magistrate Judge

      All Counsel of Record
      *Via Electronic Mail*